```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA *ex rel.* DAVID :
HEISLER; and STATE OF NEW YORK *ex rel.* :
DAVID HEISLER, :
:
    Plaintiffs, :
:
- against - :
:
CENTERLIGHT HEALTHCARE and CENTERLIGHT :
HEALTH SYSTEM, : 13 Civ. 8502 (LAK)(GWG)
:
    Defendants. :
------------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
    Plaintiff-Intervenor, :
:
- against - :
:
CENTERLIGHT HEALTHCARE, INC., :
:
    Defendant. :
------------------------------------------------------------- X
STATE OF NEW YORK, :
:
    Plaintiff-Intervenor, :
:
- against - :
:
CENTERLIGHT HEALTHCARE, INC., :
:
    Defendant. :
------------------------------------------------------------- X

## JOINT NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this is a Joint Notice of Dismissal

by (a) the United States of America ("United States"), by its attorney, Geoffrey S. Berman,

United States Attorney for the Southern District of New York, (b) the State of New York, by its

attorney, Barbara D. Underwood, Attorney General of the State of New York, and (c) the relator David Heisler ("Relator") (together with the United States and the State of New York, the "Plaintiffs").

## RECITALS

WHEREAS, the United States filed a Stipulation and Order of Settlement, which this Court so-ordered on March 27, 2018 (the "United States Stipulation");

WHEREAS, the State of New York filed a separate Stipulation and Order of Settlement, which this Court so-ordered on March 27, 2018 (the "State Stipulation");

WHEREAS, Relator, together with CenterLight Healthcare, Inc. and CenterLight Health System, Inc., recently reached an agreement to resolve Relator's claims for expenses, costs, and attorneys' fees pursuant to 31 U.S.C. § 3730(d) and N.Y. State Fin. Law § 190(6)(a);

WHEREAS, pursuant to Paragraph 18 of the United States Stipulation and Paragraph 23 of the State Stipulation, the Plaintiffs agreed to file a Notice of Dismissal of the United States' Complaint-In-Intervention, the State of New York's Complaint-In-Intervention, and Relator's Complaint upon receipt of the payments set forth in Paragraph 3 of the United States Stipulation and Paragraphs 4 – 7 of the State Stipulation;

WHEREAS, the payments set forth in Paragraph 3 of the United States Stipulation and Paragraphs 4 - 7 of the State Stipulation have been received;

THEREFORE, IT IS HERBY STIPULATED AND AGREED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), as well as the terms and conditions of the United States Stipulation and the State Stipulation, Plaintiffs hereby dismiss:

    a. the United States' Complaint-In-Intervention;

    b. the State of New York's Complaint-In-Intervention; and

    c. Relator's Complaint.

2. As stated in Paragraph 18 of the United States Stipulation, as to the United States, the dismissal shall be with prejudice only as to claims related to the Covered Conduct that are being released pursuant to the United States Stipulation, and shall be without prejudice as to all other claims and conduct.

3. As stated in Paragraph 23 of the State Stipulation, as to the State of New York, the dismissal shall be with prejudice only as to claims released in Paragraph 8 of the State Stipulation, and shall be without prejudice to the claims reserved in Paragraph 9 of the State Stipulation and all other claims and conduct.

4. As to Relator, the dismissal shall be with prejudice as to all claims in Relator's Complaint.

Dated: October 29, 2018

                                **FOR THE UNITED STATES OF AMERICA**

                                GEOFFREY S. BERMAN
                                United States Attorney for the
                                Southern District of New York

By: _/s/ Jeffrey Powell_

                                JEFFREY K. POWELL
                                Assistant United States Attorney
                                86 Chambers Street
                                New York, New York 10007
                                Telephone: (212) 637-2706
                                Email: Jeffrey.Powell@usdoj.gov

Dated: October 29, 2018

**FOR THE STATE OF NEW YORK**

BARBARA D. UNDERWOOD
Attorney General of State of New York

By: _____
ALEE N. SCOTT
Special Assistant Attorney General
Medicaid Fraud Control Unit
28 Liberty Street
New York, NY 10005
Telephone: (212) 417-5322
Email: Alee.Scott@ag.ny.gov

Dated: October 17, 2018

**FOR RELATOR DAVID HEISLER**

YANKWITT LLP

By: _____
KATHY S. MARKS, Esq.
140 Grand Street, Suite 501
White Plains, NY 10601
Telephone: (914) 686-1500
Email: Kathy@Yankwitt.com

LAW OFFICE OF ANDREA PAPARELLA, PLLC

By: *Andrea Paparella*
ANDREA M. PAPARELLA, Esq.
150 West 28th Street, Suite 1603
New York, NY 10001-5304
Telephone: (212) 675-2523
Email: ap@andreapaparella.com

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

11/1/18